IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Columbia Division

| | |
|---|---|
| TIM CURRY, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:04-0029<br>Judge Haynes<br>Judge Brown |
| E.I. DUPONT DE NEMOURS and COMPANY; PIONEER HI-BRED INTERNATIONAL; and MONSANTO COMPANY, | |
| Defendants. | |

*ORDER*
*This motion*
*is GRANTED*
*[signature]*
*U.S.D.J.*
*9-9-04*

### DEFENDANTS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY REGARDING OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

Defendants respectfully request leave to submit the attached recent decision of the United States Court of Appeals for the Sixth Circuit holding that *Zahn v. International Paper Co.*, 414 U.S. 291 (1973) was overruled with Congress's passage of 28 U.S.C. § 1367(a). *See Olden v. Lafarge Corp.*, (No. 02-1148), 2004 WL 1960157 (6th Cir. Sept. 7, 2004). In Defendants' Memorandum in Opposition to Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction, Defendants fully briefed their position opposing remand in this case, including on the basis that *Zahn* had been overruled. *See* Defs.' Mem. in Opp'n to Pl.'s Mot. to Remand for Lack of Subject Matter Jurisdiction at 7. At the time of briefing, however, the Sixth Circuit had not ruled on the issue. Defendants submit this recent ruling in the *Olden* case for the sake of completeness in connection with Plaintiff's pending motion to remand this matter.